Linda M. SKINNER,
Petitioner/Respondent,

v.

Thomas D. SKINNER,
Respondent/Appellant.

No. 68377.

Missouri Court of Appeals,
Eastern District,
Division One.

May 7, 1996.

Daniel E. Leslie, Union, for appellant.

Gael Davis Wood, James W. McGettigan, Jr., Washington, for respondent.

Before REINHARD, P.J., and KAROHL, and GRIMM, JJ.

PER CURIAM.

Pursuant to Rule 74.06(b), husband filed a motion to set aside the judgment dissolving his marriage. The trial court denied the motion and husband appeals. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).